155 A.3d 896

**JAREAUX**

v.

**FISHER**

**Pet. Docket No. 2, Sept. Term, 2017**

Court of Appeals of Maryland.

March 27, 2017

Pending in the Court of Special Appeals (No. 1571, Sept. Term, 2016).

Petition for writ of certiorari denied

■

155 A.3d 896

**JAREAUX**

v.

**PROCTOR**

**Pet. Docket No. 519, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

(No. 24–C–14–006277, Circuit Court for Baltimore City).

Petition for writ of certiorari denied